it appropriate to reexamine the mother's present circumstance, which has been represented to us as more stabilized than in the past.

Reversed and remanded for prompt proceedings harmonious with this decision. The mother's right to visitation will be reinstated pending final judgment. We do not retain jurisdiction but on the filing of any future appeal, prompt notice to the Presiding Judge will insure a quick argument date and decision after accelerated briefing.

Reversed and remanded.

DOROTHY MCMONEGAL, PETITIONER-RESPONDENT, v. E & B MANAGEMENT CORPORATION, RESPONDENT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Decided March 30, 1987.

Before Judges MORTON I. GREENBERG, R.S. COHEN and GRUCCIO.

*Connell, Foley & Geiser,* for appellant (*George J. Kenny,* of counsel, *Frank A. Lattal,* on the brief).

*Brian C. Bartlett,* for respondent.

The opinion of the court was delivered by

COHEN, R.S., J.A.D.

On December 11, 1986, we decided this matter, reversing the order of the Division of Workers' Compensation. Our opinion appears at 214 *N.J.Super.* 481. Part of our opinion deals with the matter of counsel fees in the Division. Respondent has since moved for reconsideration of that part of our opinion.

We grant the motion. On reflection we have determined that the appropriate course is to vacate that part of our opinion which deals with counsel fees and to remand the matter to the Division of Workers' Compensation for the fixing of counsel fees for the proceedings in the Division which took place prior to the appeal to this court.

It is so ordered.